UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**
FEB 2 9 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Pierre Fouche,           )
                         )
    Plaintiff,       )
                         )
v.                       )   Civil Action No.  08 0374
                         )
Michael Mukasey,         )
                         )
    Defendant.       )

ORDER

For the reasons stated in the accompanying Memorandum Opinion, it is this 27th day of February 2008,

ORDERED that plaintiff's application to proceed *in forma pauperis* [Dkt. No. 2] is GRANTED; and it is

FURTHER ORDERED that this case is DISMISSED without prejudice. This is a final appealable Order.

United States District Judge